

# NUMBER 13-16-00287-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE NAVISTAR, INC.

## On Petition for Writ of Mandamus.

# ORDER

### Before Justices Benavides, Perkes, and Longoria
### Per Curiam Order

Relator, Navistar, Inc. ("Navistar"), filed a petition for writ of mandamus in the above cause on May 26, 2016. Through this original proceeding, relator seeks to set aside discovery orders which "compel Navistar to produce documents from a Securities Exchange Commission investigation into the financial disclosures made by Navistar's parent company and its former CEO to stockholders about proposed engines Navistar never manufactured for sale and which are different from the engine model" that powers trucks purchased by the real party in interest, Americorp Xpress Carriers, LLC.

The Court requests that the real party in interest, Americorp Xpress Carriers, LLC, or any others whose interest would be directly affected by the relief sought, including but not limited to Santex Truck Centers Ltd., file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
27th day of May, 2016.